**No. 44451.**—Protests 2213–K, etc., of Dolliff & McGrath (Boston).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone similar to that the subject of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291). The claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was therefore sustained.

**No. 44452.**—Protests 991396–G, etc., of McLaughlin & Freeman (Boston).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone similar to that the subject of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291). The claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was therefore sustained.

**No. 44453.**—Protests 988418–G, etc., of James H. Rhodes & Co. (Boston).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone similar to that the subject of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291). The claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was therefore sustained.

**No. 44454.**—Protests 986048–G, etc., of James H. Rhodes & Co. (Philadelphia).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone similar to that the subject of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291). The claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was therefore sustained.

**No. 44455.**—Protests 969592–G, etc., of James H. Rhodes & Co. (New York).

Opinion by WALKER, J. It was stipulated that the merchandise consists of pumice stone similar to that the subject of *Chrystal* v. *United States* (4 Cust. Ct. 78, C. D. 291). The claim at $\frac{1}{10}$ of 1 cent per pound under paragraph 206 was therefore sustained.

**No. 44456.**—Protest 894182–G of W. X. Huber Co. (Los Angeles).

Opinion by WALKER, J. In accordance with the report of the appraiser that the merchandise was found to consist of two or more feathers fastened together for use as millinery ornaments the claim at 40 percent under paragraph 1518 was sustained.